HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
TROUTMAN PEPPER LOCKE LLP
holly.cheong@troutman.com
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
Two California Plaza
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213-928-9800
Facsimile: 213-928-9850
*Attorney for Defendant*
*LexisNexis Risk Solutions Inc*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MEGAN OLIDEN-CARDENAS, as Next Friend of A.K.B. JR., Minor,<br><br>Plaintiff,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS INC.,<br><br>Defendant. | Case No. 3:26-cv-00760-ART-CSD<br><br>**CORRECTED STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Megan Oliden-Cardenas, as Next Friend of A.K.B. Jr., Minor ("Plaintiff"), and Defendant LexisNexis Risk Solutions Inc. ("LexisNexis Risk"), (collectively, the "Parties") together bring this Stipulation for Extension of Time to Respond to Plaintiff's Complaint. The Parties request a 30-day extension. This is the Parties' first request for an extension. In support of this Stipulation, the Parties state as follows:

1. On October 1, 2026, Plaintiff filed a Complaint against Defendant LexisNexis Risk.

2. LexisNexis Risk was served with the Complaint on October 14, 2026.

3. LexisNexis Risk's deadline to respond to the Complaint is November 4, 2026.

4. There is good cause for the extension as counsel for LexisNexis Risk was recently engaged. LexisNexis Risk requires additional time to adequately review the allegations in the Complaint and prepare an appropriate response.



TROUTMAN PEPPER LOCKE LLP
TWO CALIFORNIA PLAZA
350 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CA 90071

5. On October 26, 2026, counsel for LexisNexis Risk conferred with counsel for Plaintiff regarding an extension. Plaintiff agreed to LexisNexis Risk's request.

6. The extension does not alter any deadlines or events set by the Court, was not made for purposes of delay, and will not prejudice Plaintiff. This is the Parties' first stipulation for an extension.

7. Plaintiff and LexisNexis Risk hereby stipulate to a 30-day extension of time for LexisNexis Risk to respond to Plaintiff's Complaint. LexisNexis Risk shall have until December 4, 2026, to file its responsive pleading.

Wherefore, LexisNexis Risk respectfully requests that the Court enter an Order providing LexisNexis Risk with an extension of time up to and including December 4, 2026 to file its response to Plaintiff's Complaint.

TROUTMAN PEPPER LOCKE LLP
TWO CALIFORNIA PLAZA
350 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CA 90071

Dated: October 28, 2026

*/s/Michael Yancey III*

Michael Yancey III, NV #16158
CONSUMER JUSTICE LAW FIRM PLC
2300 West Sahara Ave. Suite 800
Las Vegas, Nevada 89102
myancey@consumerjustice.com
Telephone: (480) 573-9272
Facsimile: (480) 613-7733

*Attorney for Plaintiff*
*Megan Oliden-Cardenas, as Next Friend of A.K.B. JR., Minor*

Dated: October 27, 2026

*/s/ Holly E. Cheong*

Holly E. Cheong, NV # 11936
TROUTMAN PEPPER LOCKE LLP
holly.cheong@troutman.com
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123
Telephone: 213-928-9800
Facsimile: 213-928-9850

*Attorney for Defendant*
*LexisNexis Risk Solutions Inc.*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2026